■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY MILTON, Appellant. [715 NYS2d 863] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 8, 1987 (*People v Milton,* 131 AD2d 600), affirming a judgment of the County Court, Westchester County, rendered January 5, 1984. ·

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., O'Brien, Thompson, Sullivan and Altman, JJ., concur.